No. 83–6485.  ACHARYA v. YOUNG ET AL., 466 U. S. 961; and
No. 83–6498.  FLICK v. UNITED STATES, 466 U. S. 962.  Petitions for rehearing denied.

JUNE 13, 1984

No. 82–1074.  AMERICAN CAST IRON PIPE CO. v. PETTWAY
ET AL.  C. A. 11th Cir.  Certiorari dismissed under this Court's

JUNE 18, 1984

No. 83–930.  ALYESKA PIPELINE SERVICE CO. v. THE VESSEL
BAY RIDGE ET AL.  C. A. 9th Cir.  Certiorari dismissed under
this Court's Rule 53.

No. 83–1096.  GOMEZ-HERMANOS, INC. v. SECRETARY OF THE
TREASURY OF PUERTO RICO.  Appeal from Sup. Ct. P. R. dismissed for want of jurisdiction.  Treating the papers whereon the
appeal was taken as a petition for writ of certiorari, certiorari denied.  JUSTICE WHITE, JUSTICE BLACKMUN, and JUSTICE REHNQUIST would postpone further consideration of the question of
jurisdiction until a hearing of the case on the merits.  Reported
below: —— P. R. R. ——.

No. 83–1196.  AMERICAN TRUCKING ASSNS., INC., ET AL. v.
NEW YORK STATE TAX COMMISSION ET AL.  Appeal from Ct.
App. N. Y. dismissed for want of substantial federal question.

No. 83–1764.  L. D. BUTLER, INC. v. ASHLEY, DBA PHIL
ASHLEY TRUCKING.  Appeal from Ct. App. Cal., 2d App. Dist.,
dismissed for want of substantial federal question.

No. 83–1540.  LESTER ET AL. v. MCGILL.  Appeal from Ct.
App. Idaho dismissed for want of jurisdiction.  Treating the
papers whereon the appeal was taken as a petition for writ of
certiorari, certiorari denied.

No. 83–6339.  HANSON v. ILLINOIS.  Appeal from App. Ct.
Ill., 5th Dist., dismissed for want of jurisdiction.  Treating the